**1:25-cr-00381(FB)(JAM)**

U.S. Department of Justice

Rule 20 -- Transfer Notice

| To: | District | Date |
|---|---|---|
| United States Attorney | Middle District of Florida | |

| Name of Subject: | Statute Violated | File Data *(Initials and Number)* |
|---|---|---|
| Artem Aleksandrovych Stryzhak | 18 U.S.C. § 371 | |

### Part A -- District of Arrest

☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your court. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is a certified copy of waiver of indictment by defendant. Kindly file criminal information and forward two certified copies thereof.

☑ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceeding or certified copies thereof to the Clerk of the Court in this district in accordance with the Rule Docket No.

☐ Other *(Specify)*:

☐ The above-named defendant entered a plea of guilty under Rule 20.

| Date of Plea | Date of Sentence | Sentence |
|---|---|---|

**\*\*FILED\*\***

*3:44 pm, Dec 09, 2025*

**U.S. DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

| From *(Signature and Title)* | Address |
|---|---|
| *Joseph Nocella   United States Attorney   Eastern District of New York* | United States Attorney Joseph Nocella, Jr. U.S. Attorney's Office - Eastern District of New York |

### Part B -- District of Offense

☑ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at
on                at                o'clock

*(Kindly notify me of any anticipated delay)*

☐ Enclosed are two certified copies of indictment or information                Docket No.

☐ Please have defendant execute waiver of indictment.

☐ Other *(Specify)*:

| Signature *(Name and Title)* | District | Date |
|---|---|---|
| *Sara C. A     for USA Kehoe* | Middle District of Florida | 11/18/25 |

See United States Attorneys Manual 9-14.000 for an explaination of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.

**Replaces OBD-101, Fed. 83 edition may be used**

FORM USA-231
NOV. 85

USA-153Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the Middle District _____    DISTRICT OF    Florida _____

UNITED STATES OF AMERICA

V.

} CRIMINAL NUMBER:

Artem Aleksandrovych Stryzhak

6:24-CR-171-CEM-LHP

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, Artem Aleksandrovych Stryzhak ____, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead guilty _____ to the offense charged, to consent to the disposition of the case in the Eastern _____ District of New York _____ in which I, am held _____, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: Dec 8 2025 at _____

_____ (Defendant)

_____ (Witness) ( Russian interpreter

_____ (Counsel for Defendants)

Ellen H. Sise _____
(Assistant United States Attorney)

Approved

_____
United States Attorney for the
Eastern _____ District of
New York _____

_____
United States Attorney for the
Middle _____ District of
Florida _____