Query    **Reports**    **Utilities**    **Help**    **What's New**    Log Out

# U.S. District Court
## Middle District of Florida (Orlando)
## CRIMINAL DOCKET FOR CASE #: 6:24-cr-00171-CEM-LHP-1

Case title: USA v. Stryzhak

Date Filed: 06/26/2024

Assigned to: Judge Carlos E. Mendoza
Referred to: Magistrate Judge Leslie Hoffman Price

**Defendant (1)**

**Artem Aleksandrovych Stryzhak**

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES<br>(1) | |
| 18:1030B.F COMPUTER FRAUD<br>(2) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

**Query**    **Reports**    **Utilities**    **Help**    **What's New**    **Log Out**

None

___

**Plaintiff**

**USA**                                                      represented by    **Chauncey Arthur Bratt**
                                                                               US Attorney's Office - FLM*
                                                                               Suite 3100
                                                                               400 W Washington St
                                                                               Orlando, FL 32801
                                                                               407/648-7506
                                                                               Fax: 407/648-7643
                                                                               Email: chauncey.bratt@usdoj.gov
                                                                               *ATTORNEY TO BE NOTICED*
                                                                               *Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2024 | 1 | INDICTMENT returned in open court as to Artem Aleksandrovych Stryzhak (1) count(s) 1, 2. (Attachments: # 1 Restricted Unredacted Indictment) (JOS) (Entered: 12/08/2025) |
| 06/26/2024 | 2 | MOTION to Seal Indictment and Related Documents by USA as to Artem Aleksandrovych Stryzhak. (JOS) (Entered: 12/08/2025) |
| 06/26/2024 | 3 | **ORDER granting 2 Motion to Seal Indictment and Related Documents as to Artem Aleksandrovych Stryzhak (1). Signed by Magistrate Judge Leslie Hoffman Price on 06/26/2024. (JOS)** (Entered: 12/08/2025) |
| 07/15/2024 | 6 | AFFIDAVIT of Chauncey Arthur Bratt by USA as to Artem Aleksandrovych Stryzhak. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(JOS) (Entered: 12/08/2025) |
| 06/06/2025 | 7 | MOTION for Leave to File Under Seal Motion for Limited Unsealing of Indictment by USA as to Artem Aleksandrovych Stryzhak. (JOS) (Entered: 12/08/2025) |
| 06/09/2025 | 8 | **ORDER granting 7 Motion for Leave to File Under Seal Motion for Limited Unsealing of Indictment as to Artem Aleksandrovych Stryzhak (1). Signed by Magistrate Judge Leslie Hoffman Price on 06/09/2025. (JOS)** (Entered: 12/08/2025) |
| 06/09/2025 | 9 | MOTION for Limited Unsealing of Indictment by USA as to Artem Aleksandrovych Stryzhak. (JOS) (Entered: 12/08/2025) |

**Query**    **Reports**    **Utilities**    **Help**    **What's New**    **Log Out**

| 12/08/2025 | 11 | MOTION for Unsealing of Indictment by USA as to Artem Aleksandrovych Stryzhak. (JOS) (Entered: 12/08/2025) |
| 12/08/2025 | 12 | **ORDER granting 11 Motion for Unsealing of Indictment as to Artem Aleksandrovych Stryzhak (1). Signed by Magistrate Judge Leslie Hoffman Price on 12/8/2025. (JOS)** (Entered: 12/08/2025) |