

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EHS
F. #2019R00476

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 9, 2025

**\*\*FILED\*\***

*3:44 pm, Dec 09, 2025*

**U.S. DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**1:25-cr-00381(FB)(JAM)**

> Re:    *United States v. Artem Aleksandrovych Stryzhak*
> Criminal Docket No. 23-324 (PKC)
>
> *United States v. Artem Aleksandrovych Stryzhak*
> Criminal Docket No. t*o be assigned*

Dear Judge Chen and Clerk of the Court:

Pursuant to Local Civil Rule 1.6, Local Criminal Rule 1.1, and Division of Business Rule 4, the government hereby notifies the Court that the newly filed/transferred case *United States v. Artem Aleksandrovych Stryzhak* is related to *United States v. Artem Aleksandrovych Stryzhak*, 23-CR-324 (PKC).  The new case is being transferred from the Middle District of Florida to the Eastern District of New York for plea and sentencing under Rule 20 of the Federal Rules of Criminal Procedure.  *See United States v. Artem Aleksandrovych Stryzhak*, 6:24-CR-171 (CEM) (LHP), M.D.F.L.

Local Civil Rule 1.6, which is applied to criminal cases by Local Criminal Rule 1.1, incorporates by reference the Rules for the Division of Business.  Division of Business Rule 4 provides for a "presumption that one criminal case is 'related' to another when the facts of each arise out of the same charged criminal scheme(s), transaction(s), or event(s), even if different defendants are involved in each case."  Division of Business Rule 4(c) directs the United States Attorney's Office to "give notice to all relevant judges whenever it appears that one case may be related to another pursuant to Rule 4(b)."

This letter constitutes the notice directed by Division of Business Rule 4(c) and sets forth why relation of the newly transferred *Stryzhak* to the case before Judge Chen would be

appropriate. The cases are presumptively related because they arise out of the same criminal schemes, transactions, and events. In both the Eastern District of New York case and the Middle District of Florida case, the defendant is charged with conspiring to commit fraud in connection with computers, specifically ransomware. Ransomware is malicious software used by cybercriminals to extort victims by encrypting their computer networks and then demanding payment of a ransom in return for decryption keys. Ransomware analysts typically distinguish between different "strains," or varieties, of ransomware. Each district's case involves a different stain or variant of ransomware but similar criminal conspiracies. The defendant wishes to enter into a plea agreement with the government which contemplates that the defendant will plead guilty as to the cases in both districts. A copy of the M.D.F.L. indictment and Rule 20 paperwork is enclosed.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:      s/ _____
Ellen H. Sise
Assistant U.S. Attorney
(718) 254-6166

2